UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROLLAN A. WILLIAMS, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 4:13-CV-1903 CAS ) |
| TROY STEELE, | ) ) |
| Respondent. | ) ) |

## ORDER

This matter is before the Court on state prisoner Rollan A. Williams' action pursuant to 28 U.S.C. § 2254. This case was referred to United States Magistrate Judge David D. Noce for report and recommendation on all dispositive matters and for final disposition on all non-dispositive matters, pursuant to 28 U.S.C. § 636(b).

On June 6, 2016, Judge Noce filed a Report and Recommendation of United States Magistrate Judge which recommended that the petition for writ of habeas corpus be denied. No objections were filed to the Magistrate Judge's Report and Recommendation within the time permitted.

After careful review of the record, the Court concurs in the recommendation of the Magistrate Judge as set forth in the thorough and well-reasoned Report and Recommendation.[1]

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained**, **adopted** and **incorporated** herein. [Doc. 23]

---

[1] The Court notes that the Report and Recommendation's citation on page 5 to "Hayes v. Lockhart, 766 F.2d 1247, 1253 (8th Cir. 2015)," contains an incorrect date. Hayes was issued in 1985.

**IT IS FURTHER ORDERED** that Rollan A. Williams' Petition for Writ of Habeas Corpus pursuant to Title 28 U.S.C. § 2254 is **DENIED**. [Doc. 1]

**IT IS FURTHER ORDERED** that this matter is **DISMISSED**, with no further action to take place herein.

An appropriate judgment will accompany this order.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Charles A. Shaw
　　　　　　　　　　　　　　　　　　　　　　　　**CHARLES A. SHAW**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

Dated this  19th  day of July, 2016.